**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

2026 JUN -1 PM 3:50
UNITED STATES ATTORNEY CINCINNATI, OHIO

RECEIVED
JUN - 2 2026
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Justin Goins
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER: PRISONER # A812-719

vs.

1:26CV550

J. HOPKINS

MAGISTRATE JUDGE LITKOVITZ

Ohio Department of Rehabilitation & Corrections
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

Officer Mr. Rollins
Officer Mr. Dixon
Officer. Sparks
Officer Mr. Mustang

**COMPLAINT**

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

Justin Allen Goins
NAME - FULL NAME PLEASE - PRINT

PO Box 45699 Luccasville Minford Rd
ADDRESS: STREET, CITY, STATE AND ZIP CODE

Luccasville Ohio 45699

216-200-1561
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO ( )

B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

1. PARTIES TO THIS PREVIOUS LAWSUIT

PLAINTIFFS:

N/A

DEFENDANTS:

N/A

2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

N/A

3. DOCKET NUMBER

N/A

4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

N/A

5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

N/A

6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

N/A

7. APPROXIMATE DATE OF THE DISPOSITION

N/A

PLACE OF PRESENT CONFINEMENT

______________________________________________

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (✓) NO ( )

C. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

Level Appeal : Disposition Affirmed

2. WHAT WAS THE RESULT?

The decision of The Inspector is hereby Affirmed Your grievance on this matter was Granted by the inspector in The Disposition of Grievance and Therefore will not be addressed at the appeal level per AR 5120-9-31.

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO (✓)

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

N/A

2. WHAT WAS THE RESULT?

N/A

**DEFENDANTS:**

**PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.**

1. Ohio Department of Rehabilitation Corrections
   **NAMES - FULL NAME PLEASE**
   4545 fisher Rd P.O. Box 430 Columbus Ohio 43216
   **ADDRESS - STREET, CITY, STATE AND ZIP CODE**
2. Officer Mr. Rollins
   P.O. Box 45699 Luccasville Minford Rd Luccasville Ohio 45699
3. Officer Mr. Dixon
   P.O. Box 45699 Luccasville Minford Rd Luccasville Ohio 45699
4. Officer Mr. Sparks
   P.O. Box 45699 Luccasville Minford Rd Luccasville Ohio 45699
5. Officer Mr. Mustang
   P.O. Box 45699 Luccasville Minford Rd Luccasville Ohio 45699
6. Warden Cynthia Davis
   PO Box 45699 Luccasville Minford Rd Luccasville Ohio 45699

**IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.**

Deputy Warden of Operations Mr. Oppy

Po Box 45699 Luccasville Minford Rd Luccasville Ohio 45699

**STATEMENT OF CLAIM**

**PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.**

**DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.**

**IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.**

On or about The date of February 9, 2026 Time 12:30pm or 12:45pm while housing in J4 cell 42 for suicide watch; My fundamental Rights were violated. I was not provided a suicide blanket. I was left in fridgid conditions, The staff stated They were having problems with The heating system and The boiler was down. The tempature was below 28° Degree's There were other inmates housed in These same conditions I/I Irons A642-860. I asked 2nd shift staff working J4 pod and Those assigned to watch officer Mr. Mustang for a suicide blanket and my request was denied for no legit or penological reason and suicide protocol is to provide a suicide blanket I was forced to endure These conditions over night which cause shake and shiver from The below freezing tempature. This is unconstitutional cruel and unusual punishmet. On or about The date and Time February 10th, 2026 between 9am or 10am I was taken off of suicide precautions and placed in J2 Restrictive housing for Rule violation 2.1 and 5.7 while Entering cell 62 The strong odor of feces urine and O/C spray was overpowering You can see The feces on The walls along with O/C spray

## RELIEF

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

Compensatory Damages: in amount of $1,000 per day for illegal confinement; Punitive Damages: in amount of $750,000 or what the court deem just and proper for violations of my 8th and 14th amendment of my constitutional Rights; Plus $50,000 or one calender year salary from each Defendant found to have violated any of my constitutional Rights; Actual Damages: in amount deemed just and proper for all cost incurred for Litigation, Lawyer fees, postage, Copies, Research Ect. I want Southern Ohio Correctional facility to be punish for there actions against O.D.R.C inmates; I want inmates of Southern Ohio Correctional facility to receive there fundamental Rights while in Restrictive housing and I want to be remove from S.O.C.F and never Return on this inmate number

SIGNED THIS 22nd DAY OF May 2026.

[signature]

SIGNATURE OF PLAINTIFF

There was urine all on and around the toilet, and there was possible human ecrement on the mat. I asked my 1st and 2nd shift officers for cell cleaning and cleaning supply these are some of the officers: Officer Mr. Dixon Officer Mr Rollins and Officer Mr. Sparks, I was denied cleaning supply by these officers and every staff member that worked the pod from february 10th to february 19th 2026. I was not provided with adequate clothing as permitted administrative Rule 5120-9-10 section "H" such as socks underwears and T-shirts, I only had a pair of underwear that was not cleaned for my entire restrictive housing placement nor were my blanket or sheet. Restrictive housing 5120-9-10 section "H" inmates are entitled to legal material access to legal services, Reading material, access to policies and administrative Rules and incoming mail and access to adequate hygienic items such as toothpaste toothbrush soap and deodorant and 1 or 2 hours of daily recreation while in Restrictive housing I was denied my legal material and mail, access to legal services. I was denied Reading material, access to policies and administrative Rules and my incoming mail, I wasn't given hygienic items and was denied Daily recreation I asked Officers Dixon, Rollins and Sparks every staff member that past my cell for all these items and recreation but my request went ignored until I was released from restrictive housing february 19th 2026 and brought back to restrictive housing february 22nd, 2026 cause of a retaliatory

Conduct Report for voicing my complaint to staff. February 22nd 2026, I was sent back to Restrictive housing J2 pod cell 30 upon entering the cell the strong odor of feces urine was overpowering and the cell was never cleaned out trash was all over the cell. There were other inmates housed under these same conditions I/I Glaze A693-005 I was force to endure these conditions my entire placement in Restrictive housing my fundamental Rights were violated and Southern Ohio Correctional facility violated administrative Rule of O.D.R.C 5120-9-10 section "H" I was denied recreation and permitted or required necessities like socks underwears and T-shirts, the only thing given was a white jump suit until I was released March 17th, 2026. I also hold Southern Ohio Correctional facility administration accountable to this matter which is Warden Mrs. Cynthia Davis and Deputy Warden of Operations Mr. Oppy and I also follow all steps of the grievance procedure.

Respectfully Submitted

[signature] A812-719